# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

IN RE:

                                              CASE NO.  06-BK-80243

WILLIE B. REED
VIRGINIA REED


## TRANSMITTAL OF UNCLAIMED FUNDS

Now comes, Jon C. Thornburg, Standing Chapter 13 Trustee, who reports the following:

1.

That pursuant to *§347(a), Title 11 U.S.C.*, the Trustee shall stop payments on any check remaining unpaid, and any remaining property of the estate shall be paid into the Court for disposal under *Chapter 129 of Title 28.*

2.

That in the above-styled matter, a check payable to NCO Financial  was returned by the Postmaster due to an insufficient address.   The Trustee has exhausted attempts in locating the whereabouts of said creditor.

3.

That pursuant to *Rule 3011*, the name of the party to whom such non-negotiated distribution check was issued, the amount of the check, and their last known address is as follows:

NCO Financial
PO Box 17095 Dept 12
Wilmington, DE  19850
$72.78, Check No. 218478, dated November 30, 2009

4.

The Trustee's Check No. 221325 , payable to the Clerk, U. S. Bankruptcy Court is attached hereto.

Respectfully submitted this 26 day of February ,2010.


Jon C. Thornburg, Chapter 13 Trustee
Post Office Box 1991
Alexandria, LA  71303